Argued and submitted January 15, 1998, affirmed January 13, 1999

## BATZER CONSTRUCTION, INC.,
*Appellant,*

*v.*

## VALIANT INSURANCE COMPANY,
*Respondent.*

(95-4889-L-1; CA A95823)

970 P2d 700

John C. DeVoe argued the cause for appellant. With him on the briefs were Thomas H. Tongue and Dunn, Carney, Allen, Higgins & Tongue.

Michael M. Marick argued the cause for respondent. With him on the brief were Bates, Meckler, Bulger & Tilson and Timothy C. Gerking and Brophy, Mills, Schmor, Gerking & Brophy, LLP.

Before De Muniz, Presiding Judge, and Linder and Wollheim,* Judges.

PER CURIAM

Affirmed. *Fleming v. United Services Automobile Assn.,* 144 Or App 1, 925 P2d 140 (1996), *rev allowed* 327 Or 448 (1998).

---

* Wollheim, J., *vice* Leeson, J., resigned.